JS - 6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-6-11

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD A. STEPPE,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN,<br><br>Respondent. | Case No. EDCV 11-1276-RSWL (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: December 2, 2011

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY